# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FREDRICK M. BURCHETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03CV1426MLM |
| ) | |
| JIM MOORE, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Respondent Jim Moore and against Petitioner Fredrick M. Burchette and that the Petition filed by Petitioner for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED,** with prejudice. Doc. 4.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of July, 2005.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com